UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6154** **CR-JORDAN**

IN RE:

**MAGISTRATE JUDGE**
**BANDSTRA**

FEDERAL GRAND JURY 99-01(FL)

_____/



## MOTION TO SEAL

The United States of America, by and through the undersigned
Assistant United States Attorney for the Southern District of
Florida, hereby moves this Court for an Order sealing the
Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest
Warrants (except for copies to be used by law enforcement personnel
during execution of their official duties in the investigation),
Bond Recommendation Sheets, this Motion to Seal, and Sealing Order,
and remain sealed in the custody of the Clerk of the Court until
such time as the first defendant has been arrested. In support
thereof, the following is shown:

1. The 18 defendants have not been previously indicted.
Disclosure of the existence of these charges would hinder the
ability of the United States to locate and arrest the defendants.

WHEREFORE, the United States respectfully requests that this
Court order that the Indictment, Penalty Sheets, Certificate of
Trial Attorney, Arrest Warrants (except for copies to be used by
law enforcement personnel during execution of their official duties
in the investigation), Bond Recommendation Sheets, Motion to Seal,

and the Sealing Order be sealed until such time as the first
defendant has been arrested.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500086
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida   33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

2