AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

BARBARA DREZEK

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154-CR-JORDAN
MAGISTRATE JUDGE BANDSTRA

YOU ARE HEREBY COMMANDED to arrest _____ BARBARA DREZEK _____
                                                                Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense) RICO conspiracy, Illegal gambling business

in violation of Title 18 United States Code, Section(s) 1962(d), 1955

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $ 100,000 Personal Surety Bond - W
Not Lodge Overnight

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER  [signature]
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |