CHASER Pre Extracted Criminal Docket as of June 26, 2000 11:09 pm
CLOSED

*Rule 40*
*Papers*

00- 6154- CR-Dimitrouleas

# U.S. District Court

District of New Jersey (Newark)
CRIMINAL DOCKET FOR CASE #: 00-M -8186-ALL

USA v. DREZEK                              Filed: 06/23/00

Dkt# in other court: None

Case Assigned to:                         Mag. Judge Dennis M. Cavanaugh



| * Parties * | * Attorneys * |
|---|---|
| **BARBARA DREZEK (1)**<br>defendant<br>[term 06/26/00] | **LEO R VARTAN**<br>[term 06/26/00]<br>[COR LD NTC ret]<br>615 KEARNY AVENUE<br>KEARNY, NJ 07032<br>(201)998-5533 |
| **Pending Counts:** | |
| NONE | |
| **Terminated Counts:** | |
| NONE | |
| **Complaints:** | |
| NONE | |
| **U. S. Attorneys:** | |
| **MATTHEW S QUELER**<br>[term 06/26/00]<br>[COR LD NTC]<br>OFFICE OF THE U.S. ATTORNEY<br>970 BROAD STREET<br>NEWARK, NJ 07102<br>(973) 645-2700 | |

## Docket Proceedings

| Date | Doc # | Docket Entry |
|---|---|---|
| 06/23/00 | -- | ARREST (Rule 40)of BARBARA DREZEK (ej) [Entry date 06/26/00] |

| 06/23/00 | 1 | Minutes of 6/23/00 before Mag. Judge Dennis M. Cavanaugh as to BARBARA DREZEK, Initial Appearance held. (Defendant informed of rights.), deft. waived reading of complt & identity Bond set to $100,000.00 PR co-signed by responsible individual for BARBARA DREZEK; travel restricted to NJ & S.FLa; surrender/no new travel documents; PTS superv. & appear in the S.Dist. of Fla on or before 7/7/00. (Court Reporter/ESR: 00-24k 6300-end) (ej) [Entry date 06/26/00] |
| --- | --- | --- |
| 06/23/00 | 2 | ORDER Setting Conditions of Release as to BARBARA DREZEK ( Signed by Mag. Judge Dennis M. Cavanaugh ) (ej) [Entry date 06/26/00] |
| 06/23/00 | -- | BAIL/BOND executed by BARBARA DREZEK in Amount $ 100,000.00 PR co-signed by responsible individual. (ej) [Entry date 06/26/00] |
| [END OF DOCKET: 2:00m 8186-0] | | |



Certified as a true copy on
This Date: 4/27/00
By _____ Clerk
(ψ) Deputy

AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

_pu it_ _____ **DISTRICT OF** _____ N Y

UNITED STATES OF AMERICA

**V.**

_Barbara Drezek_

Defendant

**FILED**

**JUN 2 3 2000**

8:30 _____

DENNIS M. CAVANAUGH,
U.S. MAGISTRATE JUDGE

**APPEARANCE BOND**

CASE NUMBER: _00 -8186_

Non–surety:    I, the undersigned defendant acknowledge that I and my . . .

Surety:    We, the undersigned, jointly and severally acknowledge that we and our . . .

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ _100,000.00 PR_ _____ , and there has been deposited in the Registry of the Court the sum of

$ _Co-signel_ ____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant _Barbara Drezek_ _____ .
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _6/23/00_ at _U.S De Newark_

Defendant _____ Date

Address _41 Redwing Ave Brick_

Surety _Barbara A. Drezek_

Address ~~41 Redwing Ave.xxBrickxxNxJxxxxxxRdx~~
         41 Redwing Ave., Brick, N j

Surety _Maryann Biernat-Cldeck_

Signed and acknowledged before me on

Address _41 Redwing Ave Brick N
         08/2_

_6/23/00_
Date

_____ Judicial Officer/Clerk

Approved: _____
              Judicial Officer

# United States District Court

_____ juvzh _____ DISTRICT OF ___ NJ ___

## FILED

UNITED STATES OF AMERICA

8:30 **JUN 2 3 2000**

v.

DENNIS M. CAVANAUGH,
U.S. MAGISTRATE JUDGE

**ORDER SETTING CONDITIONS OF RELEASE**

_____ Barbara Phezele _____
Defendant

Case Number:   00-8186

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) ___ USDC ___
                                                                                                    Place

___ D. Fla ___ on ___ 7/7/00 ___
                                Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($ 100,001.00 PR
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.
                                                                        O. Syme

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(    ) (6) The defendant is placed in the custody of:

     (Name of person or organization) _____

     (Address) _____

     (City and State) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed. _____

                                 Custodian or Proxy

(    ) (7) The defendant shall:

     ( ) (a) maintain or actively seek employment.

     ( ) (b) maintain or commence an educational program

     (✓) (c) abide by the following restrictions on his personal associations, place of abode, or travel.

         _____ *N J + S. FLA*

         _____

     ( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:

         _____

     (✓) (e) report on a regular basis to the following agency.    *PTS* _____

     ( ) (f) comply with the following curfew: _____

     ( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.

     ( ) (h) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other con-trolled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.

     ( ) (i) undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____

     ( ) (j) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: _____

         _____

     ( ) (k) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____

     ( ) (l) execute a bail bond with solvent sureties in the amount of $ _____.

     ( ) (m) return to custody each (week)day as of _____o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

     (✓) (n) surrender any passport to _____

     (✓) (o) obtain no passport.

     ( ) (p) _____

         _____

## Advice of Penalties and Sanctions

### TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_41 REDWING AVE._
Address

_Brick, NJ. 08723_
City and State                          Telephone

_732-920-2137_

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____6/23/01_____

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer

WHITE COPY - COURT        YELLOW - DEFENDANT        BLUE - U.S. ATTORNEY        PINK - U.S. MARSHAL        GREEN - PRETRIAL SERVICES

United States District Court
DENNIS M. CAVANAUGH
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA                    MAG. # _00 -818 6_

V.

~Barbara Drezek~

                                            DATE: _6/23/00_ /APPEAR _____
                                                              00·2412
                                            TAPE/COURT REPT. _6300·pm_

**TITLE** ___USC_____ M F P
                    **FILED**        OFFENSE:——————————

——kcmp. (Complt) ——kinfomisd (Misd)     Plea Entered——guilty——not guilty
                          **JUN 2 3 2000**
              8:30 _____——kme/gpl - minutes/guilty plea
——kwarr.(arr. warr) issued **DENNIS M. CAVANAUGH**——kplag (Plea Agreement)
                          **U.S. MAGISTRATE JUDGE**

——kars.(deft. arrested) ——kpstr.( walkin)     ————kme/arr (Set Trial Date)

——kfinaff(finan. affidavit)                    ————senddll (Sentencing date)

✕karsr40 (RULE 40)                         ——ko.(ORD. TEMP. DETENTION
                                             Or any other ORDER initiated
——kgaddatty(AUSA)——kdaddatty(def. Atty)
                                           ——kodtn.(DETENTION ORDER
—— ko/apptpd. (FPD) ——k20appt/cja            AUSA to submit Order

——kme(min. of proceedings)—— ia(init. Appear) ——kbnd(App. Bond——Co sign
    ——INTERPRETR SWORN FOR DEFT.
                                           ——kocondrls.(ORD. OF RELEASE)
——kwv/prl.(prelim hrg. waived)

**PRELIM HRG. SET FOR**_____     ——kconsmagtrl(Consent to Mag)
    **REMOVAL HRG. SET FOR** _____
                                           **DETENT HRG** _____
——bailset    ————bail denied              **SENTENCE SET FOR:**_____

**U. S ATTY.** ————————————    **DEFENSE COUNSEL** _Lee Vartan· Ret_

**PROB. OFF** _Matthew Wheler_ **PRETRIAL SERV.** _____

_Wayne reeding        100 000. 00/R Co sign - Resp._
_Trenton NJ + D. Fla        PTS_
_surrender doc. Appear Fla on before 7/7_

_____
_____
_____



CLERK, UNITED STATES DISTRICT COURT

P.O. BOX 419

NEWARK, NJ 07101-0419

OFFICIAL BUSINESS

OFFICE OF THE CLERK
FEDERAL COURTHOUSE SQUARE
301 NORTH MIAMI AVENUE
MIAMI, FL. 33128-7788

33128+7788