DEFT: Barbara Drezek (surrender)     CASE NO: 00-6154-CR-Dimitrouleas
AUSA: Paul Schwartz /Thompson        ATTNY: Larry Bronson /Sachs Atty
AGENT:                               VIOL:  standing in
PROCEEDING: Initial Appearance       BOND REC:
BOND HEARING HELD (yes) no           COUNSEL APPOINTED:
    BOND SET @ $25,000  PSB          SEP 2 6 2000
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed ✓ or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: S/D/FL
12) Halfway House
    Electronic Monitoring
reside at current address,
no illegal drugs
or excessive alcohol

△ advised of charges

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Plea today before
Judge Dimitrouleas

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE:

DATE: 9-26-00   TIME: 11:00am   TAPE # 00-0173   PG # 2
300-520