```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  00-6154-CR-Dimitrouleas (s)
UNITED STATES OF AMERICA

     vs

   Barbara  Drezek                ARRAIGNMENT INFORMATION SHEET
```

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on **9-26-00**, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: _see bond_ |
| | Telephone: |
| DEFENSE COUNSEL: | Name: _Larry Bronson_ |
| | Address: |
| | Telephone: _(212) 509-7100_ |
| BOND SET/CONTINUED: | $ _25,0000 PSB_ |

Bond hearing held: yes **X**   no ___   Bond hearing set for _____

Dated this **26** day of **September**, 20 **00**.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _[signature]_
Deputy Clerk

Tape No. _00-073_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

