UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6154-CR_
_Dimitrouleas_

UNITED STATES OF AMERICA,      :

v.                             :         **NOTICE OF PERMANENT
                                         APPEARANCE AS COUNSEL
_Barbara Drezek_               :         OF RECORD**
_____              :

COMES NOW ___Larry Bronson___, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: ___9/26/00___

Attorney ___Larry Bronson___
Address ___80 Pine Street 32nd Floor___
City ___NY___ State ___NY___ Zip ___10005___
Telephone ___212-509-7100___
Florida Bar No. _____

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_[signature]_