**CRIMINAL MINUTES**

FILED by _____ D.C.

SEP 2 6 2000

CLARENCE MADDOX
CLE'K U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD    DATE: September 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Barbara Mesek

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Robert Sachs for Larry Brinson

REASON FOR HEARING: change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court, Deft to enter Guilty plea to Count 2. Gov agrees to dismiss Count 1 @ time of sentencing. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/8    TIME: 11:15    FOR: Sentencing

MISC: Written plea agreement filed