UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55469-004

UNITED STATES OF AMERICA )
             Plaintiff   ) Case Number: CR 00-6154-CR-JORDAA' Dimitrouleas
                         ) REPORT COMMENCING CRIMINAL
      -vs-               )         ACTION
                         )
BARBARA ANN DREZEK       )
             Defendant

*********************************************************
TO: Clerk's Office    MIAMI  FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SLF SURR.

(1) Date and Time of Arrest: 9-26-00           am/pm

(2) Language Spoken:   ENGLISH

(3) Offense(s) Charged: RICO CONSP GAMBLING

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 8-16-72

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9-26-00   (9) Arresting Officer: _____

(10) Agency: USM           (11) Phone: _____

(12) Comments: _____