55469-004

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__ 481485

UNITED STATES OF AMERICA

V.

BARBARA DREZEK

TO:   The United States Marshal
      and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6154-CR-JORDAN

MAGISTRATE JUDGE BANDSTRA

YOU ARE HEREBY COMMANDED to arrest ___BARBARA DREZEK___
                                              Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense) RICO conspiracy, Illegal gambling business

in violation of Title __18__ United States Code, Section(s) __1962(d), 1955__

RECEIVED UNITED STATES MARSHAL
2000 JUN -6 PM 4: 25
SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

__CLARENCE MADDOX__                             __COURT ADMINISTRATOR\CLERK OF THE COURT__
Name of Issuing Officer                          Title of Issuing Officer

[Signature]                                      __6/6/00 - Fort Lauderdale, Florida__
Signature of Issuing Officer                     Date and Location

Bail fixed at $ 100,000 Personal Surety Bond - ∞    by   BARRY S. SELTZER [Signature]
Not Lodge Overnight                                     __UNITED STATES MAGISTRATE JUDGE__
                                                         Name of Judicial Officer

00 OCT -4 PM 1:06
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Self surrender - Ft. Lauderdale, FL |

| DATE RECEIVED<br>6/6/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United StaTES Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>[Signature]<br>Edward Purchase, SDUSM |
| DATE OF ARREST<br>9/26/00    OCT - 6 2000 | | |

Rec'd in MIA Dkt _____