UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

BARBARA DREZEK,

Defendant.

_____/

FILED by _____ D.C.

DEC 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Defendant's December 5, 2000 Request

For Continuance of Sentencing, and the Court noting that no proposed order, as required by

Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED.

Sentencing is reset for December 15, 2000 at 10:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Larry Bronson, Esquire
80 Pine Street, 32nd Floor
New York, NY 10005

Paul Schwartz, AUSA

United States Probation Office

