**CRIMINAL MINUTES**

FILED _____ D.C.
DEC 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: December 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Frances    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Barbara Wresjek

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Harry Brawer

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
2 years Probation, No Fine, $100 Assessment
Deft to perform 50 hours of community services
per year..

_____

_____

_____

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: 5K1 motion filed
Deft Informed of Right to Appeal.

67/_