# UNITED STATES DISTRICT COURT

**for**

## SOUTHERN DISTRICT OF FLORIDA

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: DREZEK, Barbara   Case Number: 0:00CR06154-011

Name of Sentencing Judicial Officer: Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: December 15, 2000

Original Offense:  Count 2: Participation in an Illegal Gambling Business, 18 U.S.C. §1955, a Class 'D' Felony.

Original Sentence:  Two (2) years probation with special conditions: Maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer and shall provide documentation including but not limited to paystubs, contractual agreements, W-2 Way and Earnings Statements and other documents requested by the U.S. Probation Officer; and the defendant shall perform 50 hours of community service per year over the period of supervision, as directed by the U.S. Probation Officer.

Type of Supervision:   Date Supervision Commenced:
Probation                        December 15, 2000

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[XX]  To modify the conditions of supervision as follows:

The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the United States Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary. The probationer will contribute to the costs of services rendered (copayment) in an amount determined by the probation officer, based on ability to pay or availability of third party payment.



## CAUSE

**Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about December 15, 2000, the probationer submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by PharmChem Laboratories, Incorporated.

**Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 17, 2000, in Broward County, Florida, the probationer was arrested by Hallandale Police Department and charged with Selling Tobacco Products to Person Under 18 years of age, Case No. 00-42473. This case is pending final court outcome to be held on February 5, 2001.

Respectfully submitted,

by Marvin G. Williams  
U.S. Probation Officer  
Date: January 31, 2001

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[ ] The Modification of Conditions as Noted Above  
[X] Submit a Request for ✓Warrant or _ Summons

Signature of Judicial Officer

February 2, 2001  
Date