# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: DREZEK, Barbara                Case Number: 0:00CR06154-001

Name of Sentencing Judicial Officer: Honorable William P. Dimitrouleas, United States District
Judge, Fort Lauderdale, Florida

Date of Original Sentence: December 15, 2000

Original Offense:     Count 2: Participation in an Illegal Gambling Business, 18 U.S.C. §1955, a
                      Class 'D' Felony.

Original Sentence:    Two (2) years probation with special conditions: Maintain full-time, legitimate
                      employment and not be unemployed for a term of more than 30 days unless
                      excused by the U.S. Probation Officer and shall provide documentation
                      including but not limited to paystubs, contractual agreements, W-2 Wage and
                      Earnings Statements and other documents requested by the U.S. Probation
                      Officer; and the defendant shall perform 50 hours of community service per
                      year over the period of supervision, as directed by the U.S. Probation Officer.

Type of Supervision: Probation                    Date Supervision Commenced:
                                                  December 15, 2000

Assistant U.S. Attorney:                          Defense Attorney:
  Paul Schwartz                                     Larry Bronson

---

## PETITIONING THE COURT

[XX]   To issue a warrant
[]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of
supervision:

Violation Number       Nature of Noncompliance

1.                     **Violation of Mandatory Condition**, by unlawfully possessing or using
                       a controlled substance.  On or about December 15, 2000, the
                       probationer submitted a urine specimen which tested positive for the
                       presence of cocaine in our local laboratory, and subsequently
                       confirmed positive by PharmChem Laboratories, Incorporated.



2.                          **Violation of Mandatory Condition**, by failing to refrain from violation
                            of the law. On or about December 17, 2000, in Broward County,
                            Florida, the probationer was arrested by Hallandale Police Department
                          · and charged with Selling Tobacco Products to Person Under 18 years
                            of age, Case No. 00-42473. This case was heard on February 5,
                            2001. Subject did not plead guilty and opted for alternate sanction,
                            i.e. attend school in lieu of being charged.

U.S. Probation Officer Recommendation:

      []     The term of supervision should be
      []     revoked.
      []     extended for _ years, for a total term of _ years.

      [XX]   The conditions of supervision should be modified as follows:

The defendant shall participate in an approved treatment program for drug and/or
alcohol abuse as directed by the United States Probation Officer. Participation may
include inpatient/outpatient treatment, if deemed necessary. The probationer will
contribute to the costs of services rendered (copayment) in an amount determined by
the probation officer, based on ability to pay or availability of third party payment.

                                                        Respectfully submitted,

                                          by

                                                        Marvin G. Williams
                                                        U.S. Probation Officer
                                                        Date: February 9, 2001

THE COURT ORDERS:

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

                                          Signature of Judicial Officer

                                          February 13, 2001
                                          Date