# UNITED STATES DISTRICT COURT

for

### SOUTHERN DISTRICT OF FLORIDA

*Attested to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida*
By _____ Deputy Clerk
Date 02-15-01

U.S.A. vs Barbara Drezek

Docket No. 0:00CR06154-011
SD/FL PACTS No. 64550

TO:[1] Any United States Marshal

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER<br>BARBARA DREZEK | | SEX<br>Female | RACE<br>White | AGE<br>28 |
|---|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>1657 Tyler Street, #102, Hollywood, FL | | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>William P. Dimitrouleas, U.S. District Judge, Southern District of Florida, Fort Lauderdale | | DATE IMPOSED<br>December 15, 2000 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>William P. Dimitrouleas, U.S. District Judge, Southern District of Florida | | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | | DATE<br>FEB 15 2001 | |

## RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|
| | |

| EXECUTING AGENCY (NAME AND ADDRESS) | | |
|---|---|---|
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."