# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs Barbara Drezek

Docket No. 0:00CR06154-011
SD/FL PACTS No. 64550

TO:[1] Any United States Marshal

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| BARBARA DREZEK | Female | White | 28 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 1657 Tyler Street, #102, Hollywood, FL |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| William P. Dimitrouleas, U.S. District Judge, Southern District of Florida, Fort Lauderdale | December 15, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| William P. Dimitrouleas, U.S. District Judge, Southern District of Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | *[signature]* | FEB 15 2001 |

## RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|
| 2/16/2001 | 2/20/2001 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| US Marshals Service  299 E. Broward Blvd, Room 312 Ft Lauderdale FL 33301 |

| NAME | (BY) | DATE |
|---|---|---|
| James A. Tassone, USM | Ed Purchase, SDUSM | 2/20/2001 |

---

[1] Insert designation of officer to whom the warrant is issued; e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."