COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: BARBARA DREZEK (J)#     CASE NO: 00-6154-CR-Dimitrouleas
AUSA: Paul Schwartz /Stefin     ATTNY: ___
AGENT:     USPO: Marvin Williams     VIOL: Violation of Probation
PROCEEDING: Initial Appearance on Violation     BOND REC: ___
BOND HEARING HELD - yes/no     COUNSEL APPOINTED: ___

FILED by ___ D.C.
FEB 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

BOND SET @ $25,000 PSB
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

✓ 1) Do not violate any law.
✓ 2) Appear in court as directed.
✓ 3) Surrender and/or do not obtain passports/travel documents.
✓ 4) Rpt to USPO as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
✓ 5) Random urine testing by USPO. Treatment as deemed necessary.
☐ 6) Maintain or seek full-time employment.
☐ 7) Maintain or begin an educational program.
✓ 8) No contact with victims/witnesses.
✓ 9) No firearms.
10) Curfew: ___
11) Travel extended to: SD/PR
12) ___ Halfway House
___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

△ - has retained
Larry Bronson
212-509-7100

X - sworn

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___ *Final Revocation before Judge Dimitrouleas
PRELIM/ARRAIGN. OR REMOVAL: ___ USPO to contact Cfizmilies
STATUS CONFERENCE: ___

DATE: 2-20-01     TIME: 11:00am     TAPE # 01-008    PG # ___
2123-24