UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6154-CR-DIMITROULEAS

BARBARA DREZEK

TYPE OF CASE:    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.            COURTROOM 203E
FT. LAUDERDALE, FL 33301        DATE & TIME:
                                **March 1, 2001 AT 1:00 P.M.**

TYPE OF         Final Revocation Hearing on Probation Violation
HEARING:

                                CLARENCE MADDOX,
                                CLERK OF COURT

DATE: February 26, 2001         BY DEPUTY CLERK

cc:   Paul Schwartz, AUSA
      Larry Bronson, Esq.
      U.S. Probation (Jeris Smith)