**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD    DATE: March 1, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Jris    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Barbara Dreger

U.S. ATTORNEY: Neal Schwartz    DEFT. COUNSEL: Larry Bonson

REASON FOR HEARING: Final Revocation on Probation Violation

RESULT OF HEARING: Deft admits the allegations
as to Count 2. Court finds deft guilty as
charged in the allegation. Old Probation is revoked.
Court sentences the deft to new 2 years
probation starting today with special
condition of drug treatment. All other conditions
as previously imposed are hereto imposed as well.
Court has no objection to probation being

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: transfered to New Jersey. Court grants
motion to Dismiss Count 1.
Deft informed of Right to appeal.