

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

BARBARA DREZEK
SS# 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
DOB: 08/16/1972

JUDGMENT & COMMITMENT UPON
REVOCATION OF PROBATION

THIS CAUSE came before the Court on the 1st day of March, 2001 for final hearing for the revocation of the defendant's Probation.

On the 15th day of December, 2000, The United States District Court for the Southern District of Florida sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Probation, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Probation heretofore imposed by the Court be and the same is hereby REVOKED.

ORDERED AND ADJUDGED that the defendant is placed on Two (2) years Probation, commencing today, under all the standard conditions and the additional conditions that the defendant is to participate in an approved treatment program for substance abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on ability to pay or availability of



third party payment. All other previously ordered conditions of probation remain in effect.

ORDERED AND ADJUDGED that Count 1 of the violation is hereby Dismissed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 1st day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Paul Schwartz, AUSA
Larry Bronson, Esq.
United States Probation Office
U.S. Marshal (3 certified)